**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DOMINGO TURRO, #591489,         )<br>          Petitioner,                             )<br>                                                      )<br>v.                                                  )<br>                                                      )<br>DOUGLAS DRETKE, Director, Texas  )<br>Department of Criminal Justice,        )<br>Correctional Institutions Division,     )<br>          Respondent.                          ) | 3:05-CV-0473-M |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Paul D. Stickney made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

The habeas corpus action is TRANSFERRED to the Fort Worth Division of the Northern District of Texas for further proceedings.

The Clerk is directed to FORWARD the court's copy file in this case to the Fort Worth Division.

SO ORDERED this 16 day of November, 2005.

BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE